# United States District Court
# Central District of California

| | |
|---|---|
| IMELDA ORTIZ,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>RAYTHEON COMPANY, INC.; and DOES 1–20, inclusive,<br><br>　　　　　Defendants. | Case No. 2:16-cv-0900-ODW(PLA)<br><br>**ORDER TO SHOW CAUSE RE: SETTLEMENT** |

In light of the Notice of Settlement (ECF No. 26), the Court hereby **ORDERS** the parties **TO SHOW CAUSE**, in writing, **no later than February 27, 2017**, why settlement has not been finalized.  No hearing will be held.  All other dates and deadlines in this action are **VACATED** and taken off calendar.  Defendant's Motion for Partial Summary Judgment is **DENIED** as moot.  (ECF No. 25.)  The Court will discharge this Order upon the filing of a dismissal that complies with Federal Rule of Civil Procedure 41.

　　　**IT IS SO ORDERED.**

　　　January 9, 2017

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　**OTIS D. WRIGHT, II**
　　　　　　　　　　　　　　　　　　　**UNITED STATES DISTRICT JUDGE**