1
2
3
4
5
6
7
8
9
10

# United States District Court
# Central District of California

| | |
|---|---|
| IMELDA ORTIZ, | Case No. 2:16-cv-0900-ODW(PLA) |
| Plaintiff, | |
| v. | **ORDER TO SHOW CAUSE RE:** |
| RAYTHEON COMPANY, INC.; and | **SETTLEMENT** |
| DOES 1–20, inclusive, | |
| Defendants. | |

In light of the parties' response to the Court's prior OSC (ECF No. 32), the Court **ORDERS** the parties **TO SHOW CAUSE**, in writing, **no later than March 31, 2017**, why settlement has not been finalized. No hearing will be held. The Court will discharge this Order upon the filing of a dismissal that complies with Federal Rule of Civil Procedure 41.

**IT IS SO ORDERED.**

February 28, 2017

_____

**OTIS D. WRIGHT, II**
**UNITED STATES DISTRICT JUDGE**